UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SUE A. MENDOZA,

                        Plaintiff,

    vs                                       6:06-CV-1233

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                             OF COUNSEL:

PETER W. ANTONOWICZ, ESQ.
Attorney for Plaintiff
1300 Floyd Avenue
Rome, NY 13440-4600

HON. ANDREW T. BAXTER
Acting United States Attorney
   for the Northern District of New York
Attorney for Defendant
100 South Clinton Street
P. O. Box 7198
Syracuse, New York  13261-7198

SOCIAL SECURITY ADMINISTRATION        SUZANNE M. HAYNES, ESQ.
Office of Regional General Counsel           Special Assistant U.S. Attorney
Region II
26 Federal Plaza - Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff filed this action in October 2006, pursuant to 43 U.S.C. § 405(g), seeking

judicial review of the Commissioner's denial of her application for disability insurance and

supplemental security income benefits under the Social Security Act.  By Report-

Recommendation dated October 23, 2008, the Honorable David E. Peebles, United States Magistrate Judge, recommended that defendant's motion for judgment on the pleadings be granted, the Commissioner's determination of no disability be affirmed, and plaintiff's complaint be dismissed in all respects.

Based upon a careful review of the entire file and the recommendation of Magistrate Judge Peebles, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1).  Accordingly, it is

ORDERED that

1. Defendant's motion for judgment on the pleadings is GRANTED:

2. The Commissioner's determination of no disability is AFFIRMED; and

3. The plaintiff's complaint is DISMISSED in its entirety.

The Clerk is directed to file judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   November 20, 2008
         Utica, New York.